

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2018

No. 04-18-00380-CV

**IN THE INTEREST OF L.L.N-P., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01933
Honorable Richard Garcia, Judge Presiding

# O R D E R

The trial court signed a final order on May 16, 2018. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on June 5, 2018. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on June 20, 2018. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal on June 6, 2018, which is within the fifteen-day grace period allowed by Rule 26.3, appellant did not file a motion for extension of time.

A motion for extension of time is necessarily implied when appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant files a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner on or before **[please insert date: 15 days from the date of order]**. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court